**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>E-mail accounts and information associated with crosswalkconsulting100@yahoo.com that is in the possession of Yahoo Holdings, Inc. | Case No.   18-sw-6240-SKC<br><br>**Filed Under Restriction** |

**MOTION TO RESTRICT CASE AND MOTION FOR NON-DISCLOSURE
AND MOTION TO KEEP ACCOUNT ACTIVE**

The United States of America, by and through the undersigned Assistant United States Attorney, moves the Court to enter an Order restricting the case, including the Search Warrant and Application and Affidavit for Search Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

1. A Search Warrant, Application and Affidavit for Search Warrant and this Motion have been filed as part of a continuing criminal investigation.

2. Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons: 1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3, and; 3) only restricted access will adequately protect the interests in question. These interests are further described as follows: The target is unaware of the continuing investigation as he is a fugitive for whom various warrants remain outstanding. Accordingly, it is necessary to maintain the secrecy of the investigation, as there is reason to believe that notification of the existence of the Application and Affidavit will seriously jeopardize the investigation by giving the target an opportunity to continue to flee from prosecution or destroy or tamper with evidence. Restricting

access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

3. In addition, for the reasons stated above and pursuant to the Court's authority under Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the Government respectfully requests that this Court also order the Social Networking Service Provider to whom this warrant is directed not to disclose the existence or content of the Search Warrant and Application and Affidavit for Search Warrant in the above-named matter, as well as this Motion and the Court's Order restricting these documents, except to personnel essential to compliance with the execution of this Search Warrant. For the reasons stated above, the Government also respectfully requests that the Court order that the account which is the subject of this investigation remain in an open and active status so as not to alert the target(s) of the ongoing investigation.

WHEREFORE, the Government respectfully moves that the case, the Search Warrant, Application and Affidavit for Search Warrant, this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court. In addition, pursuant to Title 18, United States Code, Sections 2703(b)(1)(A) and 2705(b), the Government requests that this Court order the Social Networking Service Provider to whom the Search Warrant is directed not to notify anyone, including the subscriber, of the existence of this Search Warrant, other than its personnel essential for compliance with the execution of this Search Warrant, until further order of the Court. The Government also requests that this Court order the Social Networking

Service Provider to whom this Search Warrant is directed to maintain the account further detailed in Attachment A of the Search Warrant in an open and active status.

Dated: November 14, 2018

                                Respectfully submitted,

                                Jason R. Dunn
                                United States Attorney

                                *s/ Anna Edgar*
                                Assistant U.S. Attorney
                                1801 California Street, Suite 1800
                                Denver, CO 80202
                                Telephone: 303-454-0366
                                Fax: 303-454-0100
                                E-mail: anna.edgar@usdoj.gov
                                Attorney for Government